# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 3:24-CR-159 |
| | : | |
| JEFFREY POTH, | : | JUDGE MUNLEY |
| | : | |
| Defendant. | : | ELECTRONICALLY FILED |

## ORDER

AND NOW, this ____ day of June 2025, IT IS HEREBY ORDERED THAT the Motion to Continue the Presentence Investigation Report Disclosure Date and Sentencing is GRANTED. Sentencing in this matter will take place on November ____, 2025 and the Presentence Investigation Report shall be disclosed forty-five (45) days in advance of sentencing.

_____
Julia K. Munley
United States District Judge