# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **NO. 3:24-CR-159** |
| | **:** | |
| **JEFFREY POTH,** | **:** | **JUDGE MUNLEY** |
| | **:** | |
| **Defendant.** | **:** | **ELECTRONICALLY FILED** |

### AGREED MOTION TO CONTINUE SENTENCING DATE AND DISCLOSURE OF THE PRESENTENCE INVESTIGATION REPORT

Defendant Jeffrey Poth, by and through his undersigned counsel and with the agreement and concurrence of the Government, hereby respectfully requests a continuance of the Sentencing Date and the date for disclosure of the Presentence Investigation Report.  In support of this Agreed Motion, Mr. Poth avers as follows:

1.　Jeffrey Poth was charged in a Criminal Information on June 26, 2024. (ECF 1).

2.　The Court received Mr. Poth's guilty plea on July 24, 2024, and sentencing is scheduled to occur on Wednesday, February 4, 2026 at 10 a.m.  (ECF 25).

3.　It is represented to the Court that several matters related to sentencing remain outstanding and a continuance of Mr. Poth's sentencing to April 2026 would enable the parties to properly address those outstanding issues and be prepared to participate fully at sentencing.

4.     Counsel avers that the ends of justice are served by continuing the sentencing hearing until a date convenient to the Court in April 2026 with the PSR disclosure date to occur forty-five (45) days in advance.

5.     Assistant U.S. Attorney Joseph Terz concurs in this request, and the request is therefore presented as an Agreed Motion.

6.     Pursuant to Local Rule 7.5, no supporting brief is required because the reasons for the continuance are fully stated in the motion, and the Government concurs in the requested relief.

WHEREFORE, for the reasons set forth above, Defendant Jeffrey Poth respectfully seeks an extension of the Sentencing Hearing and disclosure of the Presentence Investigation Report.

Respectfully submitted,

/s/ John B. Dempsey
Patrick A. Casey
John B. Dempsey
Brian J. Levy
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503

Dated: January 5, 2026                    *Attorneys for Jeffrey Poth*

2

## CERTIFICATE OF CONCURRENCE

I, John B. Dempsey, hereby certify that I sought the concurrence in this Motion from counsel for the Government, Assistant U.S. Attorney Joseph Terz. The Government concurs in the Motion.

/s/ John B. Dempsey
John B. Dempsey

Date: January 5, 2026

## **CERTIFICATE OF SERVICE**

I, John B. Dempsey, hereby certify that a true and correct copy of the foregoing Motion to Continue the Sentencing Date and Presentence Investigation Report Disclosure Date was served upon counsel of record via the Court's ECF system on this 5th day of January 2026.

/s/ John B. Dempsey
John B. Dempsey